# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE TORRES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:20-cv-03983-GW-JEM<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS** |

Plaintiff, ROSE TORRES, and Defendant, FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. having filed with this Court their Joint Stipulation of Dismissal as to Defendant FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. Plaintiff's individual claims against FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. are hereby dismissed with prejudice.

2. The class claims against FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. are hereby dismissed without prejudice.

DATED: August 31, 2020

_____
UNITED STATES DISTRICT JUDGE

1